UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| NANCY L. BURK, <br> (Social Security No. XXX-XX-3862), <br> <br> Plaintiff, <br> <br> v. <br> <br> JO ANNE B. BARNHART, Commissioner <br> of the Social Security Administration, <br> <br> Defendant. | 3:06-cv-1-WGH-RLY |

## FINAL JUDGMENT ENTRY

After oral argument held before the court on November 1, 2006, and for the reasons outlined in the Findings transcribed and attached hereto, this case is **REMANDED** for a new assessment of plaintiff's Residual Functional Capacity.

**Entered:**  11/07/2006

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Eric Joseph Yocum
eric_yocum@msn.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov